UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re: Kevin P. Luker & Elizabeth M. Luker,　　　　　　　Case No. 13-34403
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Judge: GMH
　　　　Debtors.　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13

## DEBTORS' MOTION TO CONVERT CASE
## FROM CHAPTER 13 TO CHAPTER 7

Debtors, pursuant to 11 U.S.C. § 1307(a), hereby elect to convert the above-captioned Chapter 13 case to a case under Chapter 7 of the United States Bankruptcy Code. Debtors are entitled to convert the case because:

1. This case, filed on October 31, 2013, is a case under Chapter 13 of the Bankruptcy Code.

2. This case has not been previously converted.

3. Debtors are eligible to be Debtors under Chapter 7 of the Bankruptcy Code.

WHEREFORE, Debtors pray for relief under Chapter 7 of the Bankruptcy Code.

Dated this 24 day of October, 2018

Respectfully Submitted,

_____
Adam L. Lombardo
Attorney for Debtors

X_____　　　　　X_____
Kevin P. Luker　　　　　　　　　　　　　　　　　　Elizabeth M. Luker
Debtor　　　　　　　　　　　　　　　　　　　　　　Joint Debtor

Lombardo Law Office
10919 West Bluemound Road, Suite 200
Milwaukee, WI 53226
Tel: (414) 543-3328
Fax: (414) 543-0786

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re: Kevin P. Luker & Elizabeth M. Luker,

Debtors.

Case No. 13-34403
Judge: GMH
Chapter 13

## CERTIFICATE OF SERVICE

The undersigned, Wendi A. Lombardo of Lombardo Law Office, does hereby certify that a copy of this Certificate of Service and a copy of the attached Motion to Convert Case were mailed to the persons mentioned below, at their respective addresses, postage prepaid, by depositing them in the U.S. Mail at Wauwatosa, WI on Ocotober __, 2018:

Kevin P. Luker & Elizabeth M. Luker
414 N Water St.
Watertown, WI 53098

The undersigned, Wendi A. Lombardo, further certifies that service of the above-referenced documents was made by ECF Notice of Electronic Filing to the following parties:

Rebecca Garcia, Chapter 13 Trustee
Office of the United States Trustee

Dated this 24 day of October, 2018.

By: *Wendi A. Lombardo*

Lombardo Law Office
10919 West Bluemound Road, Suite 200
Milwaukee, WI 53226
Tel: (414) 543-3328
Fax: (414) 543-0786